ORIGINAL
FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'10 NOV -4 A9:48

CLERK, U.S. DISTRICT COURT
BY:_____DEPUTY CLERK
AT WICHITA, KS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THERESA BEAT, EXECUTOR,
ESTATE OF DARREL DEAN DYCHE,

    Plaintiff,

vs.                               Case No. 08-1267-JTM

UNITED STATES OF AMERICA,

    Defendant.

# VERDICT

1. Has Theresa Beat proven by a preponderance of the evidence that she had reasonable cause and acted in good faith by relying on her attorneys' advice in claiming the marital deduction on the Estate Tax Return?

    Yes: __X__          No: _____

    (If your answer is "Yes," please stop and return the verdict form. If your answer to Question 1 is "No," please go to Question 2.)

2. Has the United States proven by clear and convincing evidence that Theresa Beat fraudulently claimed the marital deduction?

    Yes: _____          No: _____

    (If your answer is "Yes," please stop and return the verdict form. If your answer to Question 2 is "No," please go to Question 3.)

3. Has Theresa Beat proven by a preponderance of the evidence that she did not act negligently in claiming the marital deduction?

    Yes: _____                No: _____

_3 Nov 2010_
Date

_____
Presiding Juror